**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––

**No. 02-1625**

––––––––––

RODNEY MICHAEL BAILEY,

                              Plaintiff - Appellant,

        versus

MID ATLANTIC ISOTOPES/GEODAX,

                              Defendant - Appellee.

––––––––––

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-01-3795-JFM)

––––––––––

Submitted:  October 10, 2002          Decided:  October 16, 2002

––––––––––

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––

Rodney Michael Bailey, Appellant Pro Se.  Patrick Milton Pilachowski, SHAWE & ROSENTHAL, Baltimore, Maryland, for Appellee.

––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Michael Bailey appeals the district court's order granting summary judgment in favor of Mid Atlantic Isotopes/GEODAX and dismissing Bailey's employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bailey v. Mid Atlantic Isotopes/GEODAX</u>, No. CA-01-3795-JFM (D. Md. filed May 1, 2002; entered May 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>